# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED

'04 NOV -2 PM 4:40

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | WESTERN DISTRICT OF TEXAS |
| -vs- | § | Crim. No. EP-04-CR-2091(KC) |
| | § | DEPUTY |
| OMNI CONSORTIUM, INC. *et al* | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| -vs- | § | Crim. No. EP-04-CR-2094(KC) |
| | § | |
| ROLANDO SOTELLO and | § | |
| JUAN CANALES | § | |

## ORDER

On October 26, 2004, the Government filed notices of appeal pursuant to 18 U.S.C.

§ 3145(a)(1) to revoke the order of release issued by Magistrate Judge Calvin Botley of the

United States District Court for the Southern District of Texas as to defendants **Florita Cedro**

**Tolentino**, **Noel Cedro Tolentino** and **Juan Canales**. On the same day, this Court issued orders

staying the execution of such orders until the proceedings before Judge Botley could be

reviewed.

The requirement under section 3145 is *de novo* review of the detention hearing. *United*

*States v. Fortna*, 769 F.2d 243, 249 (5th Cir. 1985). This Court has reviewed the material

presented to Judge Botley by counsel, specifically the transcript[1] of the detention hearing and the

Pretrial Services Reports pertaining to the three defendants, and as such this Court does not

intend an evidentiary hearing that revisits the testimony given before and proffers to Judge

Botley. While this Court may resolve the present motion without hearing, *see United States v.*

---

[1]     A partial transcript of the hearing on October 26, 2004 is available from GLR Transcribers, 9251
Lynne Circle, Orange, Texas 77630, telephone 409-330-1610.

*Kyle*, 49 F. Supp. 2d 526, 527 (W.D. Tex. 1999), ruling shall be deferred to afford the parties the opportunity for oral argument on the issue of the requirement for continued detention. This Court does not invite the presentation of new evidence and would expect, given the fact that defendants were detained for six days prior to the detention hearing and the duration of the hearing before Judge Botley, that all parties had ample opportunity to present their cases for and against continued detention. If this Court is offered evidence not presented to Judge Botley, it will refuse to hear the same absent substantial justification for failure to present the same at the detention hearing. Review *de novo* is not synonymous with a late opportunity for a second hearing.

Given the record of proceedings before Judge Botley, the present appeals shall be resolved on briefs. The Government shall file its consolidated brief as to the three defendants and serve the same on counsel for defendants by facsimile not later than close of business Wednesday, November 3, 2004. Defendants shall file any reply to the Government brief by close of business on Friday, November 5, 2004.

SO ORDERED.

Dated at El Paso, Texas, November 2, 2004.

_____
Kathleen Cardone
United States District Judge

2