IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | CRIMINAL NO EP-04-CR-2091KC |
| v. | § | |
| | § | |
| OMNI CONSORTIUM, INC, | § | |
| MULTICULTURAL PROFESSIONALS, | § | |
| MULTICULTURAL EDUCATION | § | |
| CONSULTANTS, | § | |
| FLORITA CEDRO TOLENTINO, | § | |
| NOEL CEDRO TOLENTINO, | § | |
| ANGELICA TOLENTINO, | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO EP-04-CR-2092KC |
| | § | |
| v. | § | |
| | § | |
| OMNI CONSORTIUM, INC, | § | |
| NOEL CEDRO TOLENTINO, | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 04-CR-2093KC |
| | § | |
| v | § | |
| | § | |
| OMNI CONSORTIUM, | § | |
| NOEL CEDRO TOLENTINO, | § | |
| | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. 04-CR-2094KC |
| | § | |
| v. | § | |
| | § | |
| ROLANDO SOTELO, and | § | |
| JUAN CANALES | § | |

GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, and files this Response to the Court's Order, filed April 27, 2006, in the above-entitled causes, and would respectfully show this Honorable Court the following:

On April 27, 2006, this Court filed an Order in the above-referenced causes which, *inter alia,* required:

> the Government to show cause ... as to why the indictment as to Omni Consortium, Inc., Multicultural Professionals, and Multicultural Educational Consultants, Cesar James Librodo, and Owen Carsi Cruz should not be dismissed for unnecessary delay in bringing these defendants to trial. FED.R.CRIM.P. 48(b)(3).

Federal Rule of Criminal Procedure 48(b) provides:

> **By the court.** The court may dismiss an indictment, information, or complaint if unnecessary delay occurs in:
>
> (1) presenting a charge to a grand jury;
> (2) filing an information against a defendant; or
> (3) bringing a defendant to trial.

While on its face, the rule seems to grant unfettered authority to a court to dismiss a case for delay, the Supreme Court has held otherwise. In *United States v. Marion*, 404 U.S. 307, 391. (1971), the Supreme Court held that Rule 48(b) applies only to post-arrest delay, *re-aff'd, United States v. Lovasco,* 431 U.S. 783, 789, n.8 (1977). Since there is no post-arrest delay as to the defendants named in the Court's order, there is no ground for dismissal of the Indictment in this case pursuant to Rule 48(b). The individuals and companies named in the Indictment which are subject to the Court's notice, have never been arrested or appeared; they are fugitives. Only after they are arrested or appear can these parties raise a Rule 48 claim.

Based on the foregoing, the Government respectfully submits this Court is without authority or jurisdiction, at this time, to dismiss the Indictment against the defendants listed in its Order.[1]

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

By:

J. BRANDY GARDES
Assistant U.S. Attorney
Calif. Bar No. 144770

WILLIAM F. LEWIS, JR.
Assistant U.S. Attorney
TX Bar No. 12314550
U.S. Attorney Office
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
(915)534-6884

---

[1] In fact, one circuit has held that "where the indictment is legally sufficient," a "district court may not dismiss it simply because it deems the dismissal to be in the interests of justice." *United States v. Carrier*, 672 F.2d 300, 303-04 (2d Cir.), *cert denied*, 457 U.S. 1139 (1982).

## CERTIFICATE OF SERVICE

I hereby certify that on this _2nd_ day of _~~March~~ May_ , 2006, a true and correct copy of the foregoing document was served by ☒fax ☐mail ☐hand on

MANUEL BARRAZA, ESQ
8090 Alameda
El Paso, TX 79907
FAX: (915)858-1960

Attorney for Omni Consortium, Inc. and Florita Tolentino (Local Counsel)

MERVYN M. MOSBACKER, JR.
1000 Riviana Building
2777 Allen Parkway
Houston, TX 77019
FAX: (713)529-4211

Attorney for Florita Tolentino

RONALD F. EDERER
1020 N.E. Loop 410, Ste 270
San Antonio, TX 78209
FAX: (210)573-3566

Attorney for Noel Tolentino

CHRISTOPHER ANTCLIFF, ESQ
521 Texas Avenue
El Paso, Texas 79901
FAX: (915)532-1123

Attorney for Angelica Tolentino

EDUARDO SOLIS, ESQ.
1009 Montana Avenue
El Paso, Texas 79902
FAX: (915)544-4068

Attorney for Juan Canales

SIDNEY LYLE, ESQ.
1858 E. Keller Parkway, Ste. B
Keller, Texas 76248
FAX: (817)337-0043

Attorney for Roland Sotello

J. Brandy Gardes,
Assistant United States Attorney