IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2006 JUN 29 PM 12: 13

CLERK. US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | §    CAUSE NO. EP-04-CR-2091KC |
| | § |
| V. | § |
| | § |
| NOEL CEDRO TOLENTINO | § |

## MOTION TO MODIFY CONDITIONS OF RELEASE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now Defendant, NOEL CEDRO TOLENTINO, and files this, his Motion to Amend Conditions of Release, and respectfully shows the Court as follows:

**I.**

On October 21, 2004 United States Magistrate Judge Mary Miller signed an Order Setting Conditions of Release for Defendant Noel Cedro Tolentino. Condition 8 (c) required that Defendant's travel be restricted to the Southern District of Texas (inasmuch as that is the District in which Defendant resides) and the Western District of Texas.

**II.**

The Defendant's son, Martin, participates in a baseball team that qualified for and will play in the Super Series National Championship in Collierville, Tennessee from July 15 through July 23, 2006. Defendant's daughter, Jia, must return to the University of Virginia in Charlottesville, Virginia on July 25, 2006. She has obligations as a result of the Jefferson Scholarship Foundation which requires her to be there on the 28th. The Defendant, and his wife, Angelica Tolentino, request permission to attend both events, returning to Houston, Texas August 1, 2006. Verification is enclosed as Exhibits 1 - 3.

### III.

The Defendant requests the Court to allow him to travel July 13, 2006 through August 1, 2006 for the purpose of attending the above referred to events.

### IV.

On this day, the undersigned spoke with Assistant U.S. Attorney Brandy Gardes who indicated that the Government is opposed to the Court's granting of this Motion.

WHEREFORE, premises considered, Defendant Noel Cedro Tolentino prays that the Court grant this Motion and permit him to travel outside of the Southern and Western Districts of Texas as set out above.

Respectfully submitted,

RONALD F. EDERER
State Bar No. 6418000
1020 N.E. Loop 410, Suite 270
San Antonio, Texas 78209
Telephone: 210/822-6775
Facsimile: 210/822-4775

By: _____
Ronald F. Ederer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Produce has been mailed via Certified mail and/or sent via facsimile or hand delivered to the following counsel of record on this 27th day of March, 2006:

Brandy Gardes - *Via Facsimile:915/534-6024*
Assistant United States Attorney
700 E. San Antonio Street
El Paso, Texas  79901

Chris Antcliff - *Via Facsimile: 915/532-1123*
Attorney at Law
521 Texas Avenue
El Paso, Texas 79901

Merv Mosbacker – *Vai Facsimile: 713/529-4211*
2777 Allen Pkwy., #1000
Houston, Texas 77019

Ed Solis – *Via Facsimile: 915/544/4068*
Attorney at Law
1009 Montana Avenue
El Paso, Texas 79901

Sidney A. Lyle – *Via Facsimile: 817/337-0043*
Attorney at Law
1858 E. Keller Pkwy., Suite B
Keller, Texas 76248

Manuel Barraza – *Via Facsimile: 915/858-1960*
8090 Alameda
El Paso, Texas 79907

RONALD F. EDERER

June 21, 2006


Dear Ron:

Could you kindly request Judge Cardone to grant me the following leave: July 13 – August 1, 2006?

Martin's baseball team qualified for and will play in the Super Series National Championship in Collierville, Tennessee (near Memphis) from July 15-23. Angelica, Martin, and I plan to drive out late evening of July 12th.

Upon my return, I will need to immediately depart with Jia, my daughter, to Charlottesville, VA. to move her to her new off-campus housing in University of Virginia. Her obligations to the Jefferson Scholar Foundation requires her to be at UVA on July 28 to attend several functions. We plan to drive out late on July 25.

I plan to leave UVA on the July 30th and arrive in Houston August 1st.

I have attached details about the Super Series National Championship and other correspondences from the team.

Thanks for your assistance.


Yours Truly,


Noel


Exhibit 1



# 12 National - 12 American
## July 15-23 - Collierville, Tennessee

Team Registration

Insurance

Qualifiers

Summer Nationals

Winter Nationals

Pts Leaders

Free Brochure

Entry Form

Newsletter

Travel Discounts

Rules

Winners

Hosting

Contact Us

Roster Changes

Links

Divisions

Baseballs

Magazine

Home

**E-Mail the SUPER SERIES NATIONAL OFFICE**



**Exhibit 2**

**TIDES**
CALIFORNIA

**12 American**
**EL PASO**
**ROADIES**
TEXAS

**12 National**
**AZ**
**LANDSHARKS**
ARIZONA

**13 American**
**SLUGGERS**
**BASEBALL**
CALIFORNIA

**13 National**
**A-O ACES**
ARIZONA

**14 National**
**AZ MUDCATS**
ARIZONA

**14 American**
**STANISLAUS**
**STEALTH**
CALIFORNIA

**15 Division**
**DESERT TRIBE**
ARIZONA

**16 Division**
**BOYS OF**
**BASEBALL**
ARIZONA

**18 Division**
**BCP DRAGONS**
ARIZONA

---

**2 0 0 5**
*Super Series*
**SUMMER**
**NATIONAL**
**CHAMPIONS**

**8's Coach Pitch**
**HOUSTON**
**ANGELS**
TEXAS

**9's Minors**

The 2006 12U National and American Championships will be played at the outstanding WC Johnson Complex in Collierville, Tennessee for the 3rd consecutive year.

We have a fun-filled week planned for our guests. Opening Ceremonies are set for Saturday starting with a parade through the downtown square, followed by a party featuring Memphis Barbecue and superb Memphis-style rhythm and blues entertainment! Games, contests, live entertainers, pin trading galore and plenty of great mid-south hospitality will be experienced by one and all!

Plus, the Collierville and Memphis areas offers so much to enjoy - visit Graceland Mansion, the home of Elvis Presley - visit the casinos at Tunica - take a ride on a Riverboat on the mighty Mississippi - and much more!

This event features an exciting week of fun-filled attractions and events; hotel, airfare and car rental discounts; and the best awards in the nation including including travel awards of up to $3,200.00 for our national champions and up to $1,600.00 for our runner-ups *(amount of compensation based on number of teams participating in your division.)*

 **NATIONAL CHAMPIONSHIPS**
**TEAM ENTRY FEES**

**12 NATIONAL   - $575.00**
**12 AMERICAN   - $525.00**

**Make Checks Payable to:**
**Collierville Parks and Rec. Department**



**Jay Porter**

**tolen**

From:    "Jenni Bredthauer" <jbredthauer@houston.rr.com>
To:      "Sandy Aronds" <sanmo911@sbcglobal.net>; "Jing Adia" <jingadiat@yahoo.com>; "Robinson, Kent"
         <rrobinson@akllp.com>; "Paul Bredthauer" <pbredthauer@mcgriff.com>; <fdoyle@js-llp.com>;
         <robik@prodigy.net>; <allycat@houston.rr.com>; <bobby.eggleston@kinkaid.org>; <bruzinsky@jw.com>;
         <Janzmiller@aol.com>; <JABriscoe2@houston.rr.com>; <melissa.eggleston@kinkaid.org>;
         <craig.rathjen@ubs.com>; <drathjen@houston.rr.com>; <swwildey@bechtel.com>; <bawildey@bechtel.com>;
         <Wildey@houston.rr.com>; <b.egg@sbcglobal.net>; <ruzinskytex@houston.rr.com>;
         <ntolentino@houston.rr.com>; <vas3032@verizon.net>
Cc:      <dmnic02@hotmail.com>; <dmnic03@yahoo.com>
Sent:    Wednesday, May 10, 2006 10:33 AM
Subject: Re: Houston Mustangs Baseball

All,
I have secured rooms at Homewood Suites by Hilton in Germantown, TN. They are all one bedroom suites (that is all they have at this property). Each room has a King size bed in the bedroom and then a sleeper sofa in the living room. All rooms have fully equipped kitchens. I think this is very similar to last years place in St.Louis except they just have one bedroom. They also have an outdoor pool and sport court, breakfast buffet in the morning, and laundry facilities (although if we do what we did last year we won't need these for the boys uniforms--we don't want to wash off the good karma). The rate is $119/night + tax. There is also supposed to be a 2 or 3 mile walking park just behind the hotel.
I have booked 12 suites. Actually, 2 of the suites have 2 double beds in the bedroom but they are classified as "smoking" rooms because they have fireplaces in them. If you want one of these rooms please let me know--1st come 1st serve.
I kind of had to jump through hoops to get these reservations. The only other suite hotel I could find was Staybridge Suites (near the airport). I actually have four rooms on hold there as well. I think they are similar in layout and price, but I could only get 4 rooms and it is 10 miles further from the fields. I held these rooms before I could get the rooms at Homewood and am going to release them soon, unless someone wants them. Also, I have on hold 7 rooms at the Courtyard by Marriott in Germantown. These are just hotel rooms with 2 double beds in the them. The rate is $94/night and is close by the Homewood Suites. I am also going to release these rooms soon, unless someone wants them.
I think it would be nice if we could all stay at the same place, which is why I worked so hard to get the suites at Homewood. If anyone else knows of a better place, please let me know ASAP! Germantown is a nice part of Memphis with good restaurants, shopping, etc. It is also just 8 miles from the fields. Let me know what ya'll want soon!!!! Once we make a decision I will need everyones credit card info to hold the rooms under your name. Right now they are all on my card (yikes!)
Jenni

----- Original Message -----
From: Sandy Aronds
To: Jing Adia ; Robinson, Kent ; Paul Bredthauer ; Jenni Bredthauer ; fdoyle@js-llp.com ; robik@prodigy.net ; allycat@houston.rr.com ; bobby.eggleston@kinkaid.org ; bruzinsky@jw.com ; Janzmiller@aol.com ; JABriscoe2@houston.rr.com ; melissa.eggleston@kinkaid.org ; craig.rathjen@ubs.com ; drathjen@houston.rr.com ; swwildey@bechtel.com ; bawildey@bechtel.com ; Wildey@houston.rr.com ; b.egg@sbcglobal.net ; ruzinskytex@houston.rr.com ; ntolentino@houston.rr.com ; vas3032@verizon.net
Cc: dmnic02@hotmail.com ; dmnic03@yahoo.com
Sent: Monday, May 08, 2006 11:18 AM
Subject: RE: Houston Mustangs Baseball

Speaking of being "late" - let's not be late in securing rooms for our Memphis Tournament. I hear rooms are booking up very fast - it would be nice if we could all stay at the same hotel. We need confirmations as quickly as possible. I haven't started looking yet as Jenni said she was checking into it. Let me know if I can be of assistance.
Sandy

*Jing Adia <jingadiat@yahoo.com> wrote:*

6/20/2006

## Tammy

| | |
|---|---|
| **From:** | A T [angelicat@houston.rr.com] |
| **Sent:** | Wednesday, June 21, 2006 12:01 PM |
| **To:** | Tammy |
| **Cc:** | N Tolentino |
| **Subject:** | Fw: Meeting follow-up |



Meeting
low-up.eml (27.2 KE

Hello Tammy.

Here's a forwarded email message from my daughter Jia re the required schedule for UVA Jefferson scholars. The info attached in the email would state the date by which Jia needs to be present in Charlottesville to attend their leadership institute seminar (scheduled just prior to the start of school).

The trip she will be making to Charlottesville to attend this activity represents the same "trek" from Houston that Noel and I need to make to transport some old furniture for their apartment since students move out of dorms after the first year. We cut the airfare by driving together, not to mention that this would be the ONLY time to drive the furniture up there before her school year starts rolling.

Thanks,
Angelica


----- Original Message -----
From: "Jia Angeli Carla Tolentino" <act3q@cms.mail.virginia.edu>
To: <angelicat@houston.rr.com>
Sent: Wednesday, June 21, 2006 11:04 AM
Subject: Fwd: Meeting follow-up


> -Jia
>
>
>     --- the forwarded message follows ---
>

1

**Exhibit 3**

## 2006 Jefferson Scholars
## Institute for Leadership and Citizenship (ILC)

This summer will mark the eighth annual Jefferson Scholars Institute for Leadership and Citizenship. The goal of the program is for you, as individuals and as a group, to identify and develop a leadership style, and to study and understand citizenship. You will determine both your strengths and weaknesses as leaders and citizens which will hopefully enable you to grow and succeed in the future.

**Details:**

| | |
|---|---|
| Arrival: | Sunday afternoon, July 30, check in between 2 p.m. and 6 p.m., Lewis House in the IRC on Sprigg Lane<br>Planned activities begin with dinner July 30, 6:00 pm, Lewis |
| Weekdays: | 9 a.m. -12noon Morning Session<br>12noon-2 p.m. Lunch (For some lunches you will be on your own and can use your stipend money or go to the dining hall. Other lunches will be programmed and provided for you by us)<br>2 p.m.- 5 p.m. Afternoon session |
| Evening events: | Sunday, July 30 – Informal Dinner, Lewis<br>Monday, July 31 – Nice Dinner, Rotunda<br>Wednesday, August 2 – Informal Dinner, Lewis<br>Sunday, August 6 – Informal Dinner, Lewis<br>Thursday, August 10 – Nice Dinner, Mural Room, Clark Hall |
| Weekend: | Free time – plan something together? |
| Dress Code: | Daytime workshops – informal<br>Service Project (Friday, August 4) – very casual/comfortable<br>Two nice dinners – semi-formal dress<br>Two informal dinners – casual |
| You will need to bring: | Sheets<br>Towels<br>Blanket/Bedspread |
| Meals: | Newcomb Hall Dining Facility access card (primarily for breakfasts)<br>Additional Stipend Check (primarily for groceries or non-programmed lunches and dinners) |
| Departure: | Check out by 4pm on Friday, August 11 |