# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | CRIMINAL NO EP-04-CR-2091KC |
| v. | § | |
| | § | |
| OMNI CONSORTIUM, INC, | § | |
| MULTICULTURAL PROFESSIONALS, | § | |
| MULTICULTURAL EDUCATION | § | |
|     CONSULTANTS, | § | |
| FLORITA CEDRO TOLENTINO, | § | |
| NOEL CEDRO TOLENTINO, | § | |
| ANGELICA TOLENTINO, | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO EP-04-CR-2092KC |
| | § | |
| v. | § | |
| | § | |
| OMNI CONSORTIUM, INC, | § | |
| NOEL CEDRO TOLENTINO, | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 04-CR-2093KC |
| | § | |
| v | § | |
| | § | |
| OMNI CONSORTIUM, | § | |
| NOEL CEDRO TOLENTINO, | § | |
| | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. 04-CR-2094KC |
| | § | |
| v. | § | |
| | § | |
| ROLANDO SOTELO, and | § | |
| JUAN CANALES | § | |

### GOVERNMENT'S NOTICE OF INTENT
### TO OFFER FOREIGN EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, and respectfully submits this Notice of Intent to Offer Foreign Evidence pursuant to Title 18, United States Code, sections 3491, 3505 and/or Federal Rule of Evidence 803, as follows:

## I.  Certified Foreign Documents

The Government intends to offer into evidence the following documents which have been duly certified by the Philippine Overseas Employment Agency (POEA) pursuant to Federal Rule of Evidence 803(8) and Title 18, United States Code, section 3505 and by a consular official at the United States Embassy in Manila, Philippines pursuant to Title 18, United States Code, section 3494:

a.  Exhibit 3:  Accreditation Certificate (POEA) between Omni and Unistaff;

b.  Exhibit 4:  Accreditation Certificate (POEA) between Multicultural Professionals and JS Contractors;

c.  Exhibit 5:  POEA Rules and Regulations, including:
A:  Memo Circular 14
B:  Memo Circular 26
C-1:  Confirmation of direct employer re: SISD, February 10, 2003; and
C-2:  Request for additional manpower for SISD, Februrary 10, 2003.

d.  Exhibit 13:  List of Processed New Hires/Omni Consortium; and

e.  Exhibit 14:  List of Processed New Hires/Multicultural Professionals.

## II.  Foreign Business Documents

Additionally, the Government intends to offer the following documents for which a proponent will be available to testify:

a.  Exhibit 6:   BISD Employment Contract as submitted to the POEA;

b.  Exhibit 7:   YISD Employment Contract as submitted to the POEA;

2

c.      Exhibit 8:    SISD Employment Contract as submitted to the POEA;

d.      Exhibit 9:    EPISD Employment Contract as submitted to the POEA:

e.      Exhibit 10:   SSAISD Employment Contract as submitted to the POEA;

f.      Exhibit 12:   Policies and Procedure of Multicultural Educational Consultants, Philippines;

g.      Exhibit 673: Billings for outlay of expenses;

h.      Exhibit 691: Invoices from JS Contractors to Unistaff for administrators hotel expenses, 2002-03; and

i.      Exhibit 693: Receipts for Omni Consortium's share of Unistaff placement fee.

All documents listed above have been made available and/or provided to counsel since the their receipt by the Government.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

/s/

By:

J. BRANDY GARDES
Assistant U.S. Attorney
Calif. Bar No. 144770

/s/

WILLIAM F. LEWIS, JR.
Assistant U.S. Attorney
TX Bar No. 12314550
U.S. Attorney Office
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
(915)534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2007, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

MANUEL BARRAZA, ESQ                              Attorney for Omni Consortium, Inc.
8090 Alameda
El Paso, TX 79907

JOSEPH SIB ABRAHAM,JR.                           Attorney for Florita Tolentino
PO Box 512312
El Paso, TX 79951

RONALD F. EDERER, ESQ                            Attorney for Noel Tolentino
1020 N.E. Loop 410, Ste 270
San Antonio, TX 78209

CHRISTOPHER ANTCLIFF, ESQ                        Attorney for Angelica Tolentino
521 Texas Avenue
El Paso, Texas 79901

EDUARDO SOLIS, ESQ.                              Attorney for Juan Canales
1009 Montana Avenue
El Paso, Texas 79902

I hereby certify that a true and correct copy of the foregoing instrument was served by **X** fax ❏ mail ❏hand on to the following non-CM/ECF participant:

SIDNEY A. LYLE, ESQ.                             Attorney for Roland Sotello
1858 E. Keller Parkway, Ste. B
Keller, Texas 76248
FAX: 817-337-0043


                                          /s/_____
                                          J. Brandy Gardes,
                                          Assistant United States Attorney